# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Archdiocese of Saint Paul and Minneapolis,<br><br>Plaintiff,<br><br>v.<br><br>The Continental Insurance Company, as successor to The Fidelity and Casualty Company of New York, et al.,<br><br>Defendants.<br><br>The Continental Insurance Company, as successor to The Fidelity and Casualty Company of New York, et al.<br><br>Counterclaim Plaintiffs, Crossclaim Plaintiffs, and Third-Party Plaintiffs,<br><br>v.<br><br>The Archdiocese of Saint Paul and Minneapolis, et al.<br><br>Counterclaim Defendant, Crossclaim Defendants, and Third-Party Defendants,<br><br>Travelers Casualty and Surety Company,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>Archdiocese of Saint Paul and Minneapolis,<br><br>Counterclaim Defendant. | Case No. 14-cv-4852-RHK-BRT<br><br>**TRAVELERS CASUALTY AND SURETY COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Travelers Casualty and Surety Company (formerly known as Aetna Casualty and Surety Company) states: Travelers Casualty and Surety Company is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family. No individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.

O'MEARA, LEER, WAGNER & KOHL, P.A.

Date: January 14, 2015

/s/ Dale O. Thornsjo
Dale O. Thornsjo                (#162048)
Lance D. Meyer                  (#393073)
Suite 600
7401 Metro Boulevard
Minneapolis, Minnesota 55439-3034
Telephone: (952) 831-6544
Facsimile: (952) 893-8398
E-mail: DOThornsjo@OLWKLaw.com
        LDMeyer@OLWKLaw.com

DRINKER BIDDLE & REATH LLP

Robert M. Vinci (NJ #03336-1994)
(*Pro Hac Vice* Motion pending)
600 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 549-7075
Facsimile: (973) 360-9831
E-mail: robert.vinci@dbr.com

2

Frederick P. Marczyk (PA #89878)
(*Pro Hac Vice* Motion pending)
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
E-mail: frederick.marczyk@dbr.com

*Attorneys for Defendant*
*Travelers Casualty and Surety Company*