UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>The Archdiocese of Saint Paul and Minneapolis,<br><br>Debtor. | Bankruptcy Case No. 15-30125 |
| Archdiocese of Saint Paul and Minneapolis,<br><br>Plaintiff,<br><br>v.<br><br>The Continental Insurance Company, as successor to The Fidelity and Casualty Company of New York, Fireman's Fund Insurance Company, as successor to Fireman's Fund Indemnity Company, National Fire Insurance Company of Hartford, TIG Insurance Company, as successor to International Insurance Company, Continental Casualty Company, Hartford Accident and Indemnity Company, American Home Assurance Company, The Aetna Casualty and Surety Company, n/k/a Travelers Casualty and Surety Company, State Farm Fire and Casualty Company, Certain Underwriters at Lloyd's, London subscribing to Policies SL3721, SL3722, SL3723, ISL3115, ISL3116, ISL3117, ISL3675, ISL3613, ISL3614, and ISL3615, Northwestern National Insurance Company of Milwaukee and Northwestern National Insurance Company of Milwaukee (SEG ACCT), as successors to Bellefonte Insurance Company, Excess Insurance Company a/k/a Excess Insurance Company Limited, Markel International Insurance Company, f/k/a Terra Nova Insurance Company, a/k/a Terra Nova Insurance Company Limited, Dominion Insurance Company Ltd., Stronghold | ADV 15-03013 |

6878911v1

Insurance Company Limited, Tenecom Ltd., f/k/a The Yasuda Fire & Marine Insurance Company of Europe Ltd., a/k/a Yasuda Fire & Marine Insurance Company (U.K.) Limited, RiverStone Insurance (UK) Limited, on its own behalf and as successor in interest to Sphere Drake Limited (formerly named Odyssey Re (London) Limited, Sphere Drake Insurance plc and Sphere Insurance Company Limited), CX Reinsurance Company Ltd., f/k/a CNA Reinsurance of London, Ltd., those insurers or underwriters issuing or subscribing to Insurance Policy Nos. SLC5743, ICO4076, ICO5200, or ICO5402, Interstate Fire and Casualty Company, 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company, and The Catholic Mutual Relief Society of America,

Defendants.

## ACKNOWLEDGEMENT OF ACCEPTANCE OF SERVICE

Eric E. Caugh hereby acknowledges that he represents Swiss Re America Corp as administrator for Defendant 21st Century Centennial Insurance Company, formerly known as Colonial Penn Insurance Company, in the above-captioned matter, and that he is authorized to, and hereby does, accept service of the Summons and Amended Complaint for Declaratory Relief on behalf of Defendant 21st Century Centennial Insurance Company f/k/a Colonial Penn Insurance Company effective January 20, 2015.

Eric E. Caugh (#026703X)
Zelle Hoffman Voelbel & Mason LLP
500 Washington Avenue South, Ste. 4000
Minneapolis MN 55415
ecaugh@zelle.com

COUNSEL FOR SWISS RE AMERICA CORP AS ADMINISTRATOR FOR DEFENDANT 21ST CENTURY CENTENNIAL INSURANCE

2

6878911v1

COMPANY F/K/A COLONIAL PENN INSURANCE COMPANY

3

68482474v1