UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Archdiocese of Saint Paul and Minneapolis,

        Plaintiff,

   v.

The Continental Insurance Company, as successor to The Fidelity and Casualty Company of New York, Fireman's Fund Insurance Company, as successor to Fireman's Fund Indemnity Company, National Fire Insurance Company of Hartford, TIG Insurance Company, as successor to International Insurance Company, Continental Casualty Company, Hartford Accident and Indemnity Company, American Home Assurance Company, The Aetna Casualty and Surety Company, n/k/a Travelers Casualty and Surety Company, State Farm Fire and Casualty Company, Certain Underwriters at Lloyd's, London subscribing to Policies SL3721, SL3722, SL3723, ISL3115, ISL3116, ISL3117, ISL3675, ISL3613, ISL3614, and ISL3615, Northwestern National Insurance Company of Milwaukee and Northwestern National Insurance Company of Milwaukee (SEG ACCT), as successors to Bellefonte Insurance Company, Excess Insurance Company a/k/a Excess Insurance Company Limited, Markel International Insurance Company, f/k/a Terra Nova Insurance Company, a/k/a Terra Nova Insurance Company Limited, Dominion Insurance Company Ltd., Stronghold Insurance Company Limited, Tenecom Ltd., f/k/a The Yasuda Fire & Marine Insurance Company of Europe Ltd., a/k/a Yasuda Fire & Marine Insurance Company (U.K.) Limited, RiverStone Insurance (UK) Limited, on its

Adversary Proceeding No. 15-03013

**STIPULATION OF DISMISSAL**

11139952v3

own behalf and as successor in interest to
Sphere Drake Limited (formerly named
Odyssey Re (London) Limited, Sphere Drake
Insurance plc and Sphere Insurance
Company Limited), CX Reinsurance
Company Ltd., f/k/a CNA Reinsurance of
London, Ltd., those insurers or underwriters
issuing or subscribing to Insurance Policy
Nos. SLC5743, ICO4076, ICO5200, or
ICO5402, Interstate Fire and Casualty
Company, 21st Century Centennial Insurance
Company f/k/a Colonial Penn Insurance
Company, and The Catholic Mutual Relief
Society of America,

                    Defendants.

The parties (who have appeared), through their undersigned counsel, hereby stipulate and agree that, the above-entitled action, together with all claims, cross-claims, counterclaims, and causes of action of any kind asserted herein, shall be dismissed in its entirety with prejudice and with the parties each bearing their own attorneys' fees and costs.

Pursuant to Local Rule 9011-4(f), the undersigned parties consent to the use of their electronic signature for purposes of this filing.

Dated:  October 19, 2018

**BRIGGS AND MORGAN, P.A.**

By: */e/ Lauren E. Lonergan*
    Lauren E. Lonergan (#143443)
    Charles B. Rogers (#130588)
    Benjamin E. Gurstelle (#0389968)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2157
(612) 977-8400
llonergan@briggs.com
crogers@briggs.com
bgurstelle@briggs.com

**ATTORNEYS FOR PLAINTIFF AND
COUNTER DEFENDANT
ARCHDIOCESE OF SAINT PAUL
AND MINNEAPOLIS**

Dated:  October 19 2018

**LOEB & LOEB**

By: */e/ Laura K. McNally*
    Laura K. McNally (*pro hac vice*)
321 North Clark Street, Suite 2300
Chicago, IL 60654
312.464.3155
lmcnally@loeb.com

Jeanne H. Unger (#0131404)
Bassford Remele
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
(612) 376-1633
junger@bassford.com

**ATTORNEYS FOR DEFENDANTS,
THIRD PARTY PLAINTIFFS,
CROSS CLAIMANTS AND
COUNTER CLAIMANTS THE
CONTINENTAL INSURANCE
COMPANY, AS SUCCESSOR TO
THE FIDELITY AND CASUALTY
COMPANY OF NEW YORK,
NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD AND
CONTINENTAL CASUALTY
COMPANY**

Dated:  October 19, 2018

**O'MEARA   LEER   WAGNER   &
KOHL, PA**


By:  _/e/ Frederick P. Marczyk_
      Dale O. Thornsjo (#162048)
      Lance D. Meyer (#393073)
7401 Metro Boulevard, Suite 600
Minneapolis, MN 55439-3034
(952) 831-6544
DOThornsjo@olwklaw.com
LDMeyer@OLWKLaw.com

Frederick P. Marczyk (_pro hac vice_)
Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103-6996
(215) 988-3373
frederick.marczyk@dbr.com

**ATTORNEYS   FOR   DEFENDANT,
CROSS   DEFENDANT   AND
COUNTER CLAIMANT THE AETNA
CASUALTY   AND   SURETY
COMPANY,   n/k/a   TRAVELERS
CASUALTY   AND   SURETY
COMPANY**


Dated:  October 18, 2018

**MEISSNER TIERNEY FISHER &
NICHOLS SC**


By:  _/e/ Pamela J. Tillman_
      Pamela J. Tillman (_pro hac vice_)
111 E. Kilbourn, 19th Fl.
Milwaukee, WI 53202-6622
(414) 273-1300
pjt@mtfn.com

Robin A. Williams (#242664)
Bassford Remele, PA
Suite 1500
100 South 5th Street
612-333-3000
rawilliams@bassford.com

**ATTORNEYS   FOR   DEFENDANT
AND   CROSS   DEFENDANT   TIG
INSURANCE   COMPANY,   AS
SUCCESSOR TO INTERNATIONAL
INSURANCE COMPANY**


Dated:  October 19, 2018

**MCCOLLUM CROWLEY**

By:  _/e/ Robert L. McCollum_
      Robert L. McCollum (#0069802)
7900 Xerxes Avenue South
700 Wells Fargo Plaza
Minneapolis, MN 55431
(952) 831-4980
rlm@mccollumlaw.com


Dated:  October 19, 2018

**FISHER BREN & SHERIDAN, LLP**

By:  _/e/ Catalina J. Sugayan_
      Gerald H Bren (#174737)
920 Second Ave S
Ste 975
Minneapolis, MN 55402
612-902-2754
gbren@fisherbren.com

**DEFENDANT AND CROSS DEFENDANT HARTFORD ACCIDENT AND INDEMNITY COMPANY**

Catalina J. Sugayan
Clyde & Co US LLP
55 West Monroe St
Suite 3000
Chicago, IL 60603
312-635-6912
catalina.sugayan@clydeco.us

**ATTORNEYS FOR DEFENDANTS AND CROSS DEFENDANTS EXCESS INSURANCE COMPANY A/K/A EXCESS INSURANCE COMPANY LIMITED, DOMINION INSURANCE COMPANY, STRONGHOLD INSURANCE COMPANY LIMITED, SPHERE DRAKE INSURANCE PLC, CNA REINSURANCE OF LONDON, LIMITED, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICIES SL3721, SL3722, SL3723, ISL3115, ISL3116, ISL3117, ISL3675, ISL3613, ISL3614, AND ISL3615, MARKEL INTERNATIONAL INSURANCE COMPANY, F/K/A TERRA NOVA INSURANCE COMPANY, A/K/A TERRA NOVA INSURANCE COMPANY LIMITED, TENECOM LTD., F/K/A THE YASUDA FIRE & MARINE INSURANCE COMPANY OF EUROPE LTD., A/K/A YASUDA FIRE & MARINE INSURANCE COMPANY (U.K.) LIMITED, RIVERSTONE INSURANCE (UK) LIMITED, ON ITS OWN BEHALF AND AS SUCCESSOR IN INTEREST TO SPHERE DRAKE LIMITED (FORMERLY NAMED ODYSSEY RE (LONDON) LIMITED, SPHERE DRAKE INSURANCE PLC**

AND    SPHERE    INSURANCE
COMPANY   LIMITED)   AND   CX
REINSURANCE   COMPANY   LTD.,
F/K/A   CNA   REINSURANCE   OF
LONDON, LTD.


Dated:  October 18, 2018                    Dated:  October 19, 2018

**MOSS & BARNETT, P.A.**                    **ZELLE LLP**


By:  */e/ Charles E. Jones*                 By:  */e/ Eric E. Caugh*
       Charles E. Jones (#0202708)                 Eric E. Caugh (#026703X)
150 South Fifth Street                      500 Washington Avenue South
Suite 1200                                  Suite 4000
Minneapolis, MN 55402                       Minneapolis, MN 55415
612-877-5259                                (612) 336-9178
charles.jones@lawmoss.com                   ecaugh@zelle.com


**ATTORNEYS   FOR   DEFENDANT**             **ATTORNEYS   FOR   DEFENDANT**
**AND      CROSS      DEFENDANT**           **AND   CROSS   DEFENDANT   21st**
**INTERSTATE      FIRE      AND**           **Century      Centennial      Insurance**
**CASUALTY COMPANY**                        **Company     f/k/a     Colonial     Penn**
                                            **Insurance Company**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

Archdiocese of Saint Paul and Minneapolis,

      Plaintiff,

    v.

The Continental Insurance Company, as
successor to The Fidelity and Casualty
Company of New York, Fireman's Fund
Insurance Company, as successor to
Fireman's Fund Indemnity Company,
National Fire Insurance Company of
Hartford, TIG Insurance Company, as
successor to International Insurance
Company, Continental Casualty Company,
Hartford Accident and Indemnity Company,
American Home Assurance Company, The
Aetna Casualty and Surety Company, n/k/a
Travelers Casualty and Surety Company,
State Farm Fire and Casualty Company,
Certain Underwriters at Lloyd's, London
subscribing to Policies SL3721, SL3722,
SL3723, ISL3115, ISL3116, ISL3117,
ISL3675, ISL3613, ISL3614, and ISL3615,
Northwestern National Insurance Company
of Milwaukee and Northwestern National
Insurance Company of Milwaukee (SEG
ACCT), as successors to Bellefonte
Insurance Company, Excess Insurance
Company a/k/a Excess Insurance Company
Limited, Markel International Insurance
Company, f/k/a Terra Nova Insurance
Company, a/k/a Terra Nova Insurance
Company Limited, Dominion Insurance
Company Ltd., Stronghold Insurance
Company Limited, Tenecom Ltd., f/k/a The
Yasuda Fire & Marine Insurance Company
of Europe Ltd., a/k/a Yasuda Fire & Marine
Insurance Company (U.K.) Limited,
RiverStone Insurance (UK) Limited, on its

Adversary Proceeding No. 15-03013

**ORDER FOR DISMISSAL**

own behalf and as successor in interest to
Sphere Drake Limited (formerly named
Odyssey Re (London) Limited, Sphere Drake
Insurance plc and Sphere Insurance
Company Limited), CX Reinsurance
Company Ltd., f/k/a CNA Reinsurance of
London, Ltd., those insurers or underwriters
issuing or subscribing to Insurance Policy
Nos. SLC5743, ICO4076, ICO5200, or
ICO5402, Interstate Fire and Casualty
Company, 21st Century Centennial Insurance
Company f/k/a Colonial Penn Insurance
Company, and The Catholic Mutual Relief
Society of America,

Defendants.

Pursuant to the Stipulation of Dismissal [ECF No. ___], this matter, including all
claims, cross-claims, counterclaims and causes of action of any kind, may be and hereby
is dismissed with prejudice with each party to bear its own attorney's fees and costs.

Dated: _____    By the Court:

_____
Robert J. Kressel
United States Bankruptcy Judge

11147109v2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Archdiocese of Saint Paul and Minneapolis,

Plaintiff,

v.

The Continental Insurance Company, as
successor to The Fidelity and Casualty
Company of New York, Fireman's Fund
Insurance Company, as successor to
Fireman's Fund Indemnity Company,
National Fire Insurance Company of
Hartford, TIG Insurance Company, as
successor to International Insurance
Company, Continental Casualty Company,
Hartford Accident and Indemnity Company,
American Home Assurance Company, The
Aetna Casualty and Surety Company, n/k/a
Travelers Casualty and Surety Company,
State Farm Fire and Casualty Company,
Certain Underwriters at Lloyd's, London
subscribing to Policies SL3721, SL3722,
SL3723, ISL3115, ISL3116, ISL3117,
ISL3675, ISL3613, ISL3614, and ISL3615,
Northwestern National Insurance Company
of Milwaukee and Northwestern National
Insurance Company of Milwaukee (SEG
ACCT), as successors to Bellefonte
Insurance Company, Excess Insurance
Company a/k/a Excess Insurance Company
Limited, Markel International Insurance
Company, f/k/a Terra Nova Insurance
Company, a/k/a Terra Nova Insurance
Company Limited, Dominion Insurance
Company Ltd., Stronghold Insurance
Company Limited, Tenecom Ltd., f/k/a The
Yasuda Fire & Marine Insurance Company
of Europe Ltd., a/k/a Yasuda Fire & Marine
Insurance Company (U.K.) Limited,
RiverStone Insurance (UK) Limited, on its

Adversary Proceeding No. 15-03013

**CERTIFICATE OF SERVICE**

own behalf and as successor in interest to
Sphere Drake Limited (formerly named
Odyssey Re (London) Limited, Sphere Drake
Insurance plc and Sphere Insurance
Company Limited), CX Reinsurance
Company Ltd., f/k/a CNA Reinsurance of
London, Ltd., those insurers or underwriters
issuing or subscribing to Insurance Policy
Nos. SLC5743, ICO4076, ICO5200, or
ICO5402, Interstate Fire and Casualty
Company, 21st Century Centennial Insurance
Company f/k/a Colonial Penn Insurance
Company, and The Catholic Mutual Relief
Society of America,

                    Defendants.

        I, Lauren E. Lonergan, under penalty of perjury, state that on October 19, 2018, I

caused the foregoing documents to be electronically filed with the Clerk of Court and

served through ECF (which constitutes service or notice pursuant to Local Rule 9006-

1(a)) on all parties receiving electronic notice via the Court's ECF Notice System.

Dated:  October 19, 2018

**BRIGGS AND MORGAN, P.A.**

By: */e/ Lauren E. Lonergan*
    Lauren E. Lonergan (#143443)
    Charles B. Rogers (#130588)
    Benjamin E. Gurstelle (#0389968)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2157
(612) 977-8400
llonergan@briggs.com
crogers@briggs.com
bgurstelle@briggs.com

**ATTORNEYS   FOR   PLAINTIFF
AND   COUNTER   DEFENDANT
ARCHDIOCESE  OF  SAINT  PAUL
AND MINNEAPOLIS**